**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-21555-CV-WILLIAMS**

SUMFINIDADE UNIPESSOAL LDA,

    Plaintiff,

v.

YACHTLIFE TECHNOLOGIES INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 20) ("***Report***") on Plaintiff's Motion for Default Final Judgment Against Defendant Yachtlife Technologies Inc. ("***Defendant***") (DE 16) ("***Motion***").  In the Report, Judge Goodman recommends that the Motion be granted in part and denied in part.  (DE 20 at 2.)  Specifically, Judge Goodman recommends that (i) a permanent injunction be entered against Defendant consistent with the terms listed in Plaintiff's proposed default judgment (DE 16-2 at ¶ 3); (ii) Plaintiff be awarded $24,768.00 in statutory damages against Defendant; and (iii) Plaintiff be awarded $2,460.50 in attorneys' fees and $470.00 in costs.  (DE 20 at 27.)  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 20) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Final Judgment Against Defendant Yachtlife Technologies Inc. (DE 16) is **GRANTED IN PART AND DENIED IN PART** and a permanent injunction is entered against Defendant.

3. Plaintiff's request for statutory damages is **GRANTED** and Plaintiff is awarded $24,768.00 in statutory damages against Defendant.

4. Plaintiff's request for attorneys' fees and costs is **GRANTED IN PART** and Plaintiff is awarded $2,460.50 in attorney's fees and $470.00 in costs.

5. The Court will separately issue a default final judgment.

6. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>29th</u> day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE